## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL JACKSON, an individual;<br>RICHARD JACKSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL AUTO & HOME<br>SERVICES, a Foreign Limited-Liability<br>Company,<br><br>Defendant. | **CASE NO.: 3:18-cv-00350-LRH-CBC**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, LM INSURANCE CORPORATION *erroneously sued as* LIBERTY MUTUAL AUTO & HOME SERVICES [hereinafter "LM"], by and through its counsel of record, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, CAROL JACKSON and RICHARD JACKSON [hereinafter "Plaintiffs"], by and through their attorney, Mark

///

///

///

///

///

Wenzel, Esq., that Plaintiffs hereby dismiss their Complaint against Defendant, LM, with prejudice, all parties to bear their own fees and costs.

DATED this 23rd day of October, 2018.

KOELLER NEBEKER CARLSON & HALUCK, LLP

By  /s/Andrew C. Green
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    REGINALD S. THOMAS, ESQ.
    Nevada Bar No. 14424
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys for Defendant,
    SAFECO INSURANCE
    COMPANY OF ILLINOIS

DATED this 23rd day of October, 2018.

BRADLEY, DRENDEL & JEANNEY

By:  /s/Mark Wenzel
    MARK WENZEL, ESQ.
    Nevada Bar No. 5820
    6900 South McCarran Blvd, Suite 2000
    Reno, NV 89509
    Attorneys for Plaintiffs,
    CAROL & RICHARD JACKSON

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs, Carol and Richard Jacksons' Complaint in this matter, asserted against Defendant, LM Insurance Corporation *erroneously sued as* Liberty Mutual Auto & Home Services, is dismissed with prejudice, all parties to bear their own costs and fees.

DATED this 24th day of October, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE